**REVISED May 8, 2017**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

―――――――

No. 15-50864
Summary Calendar

―――――――

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

        Plaintiff–Appellee,

v.

CAMERAN ARNOLD FLANAGAN,

        Defendant–Appellant.

―――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:11-CR-29-1

―――――――――――――――

Before JONES, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that appellee's motion to reform the judgment dated August 20, 2015, by adding that the reduction in sentence under 18 U.S.C. § 3582 also applies to reducing count 2 to 110 months, is GRANTED.

―――――――――――

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

IT IS FURTHER ORDERED that appellee's motion to affirm the judgment as modified is GRANTED.

IT IS FURTHER ORDERED that appellee's alternative motion for an extension to file its brief is DENIED as unnecessary.